IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MISC. NO.: 3:16mj 308 |
| | ) | |
| V. | ) | MOTION TO SEAL |
| | ) | CRIMINAL COMPLAINT |
| Alexandro (Alex) Castillo | ) | |
| Ahmia Monice Feaster | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

FILED
CHARLOTTE, NC
AUG 1 6 2016
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Affidavit, Criminal Complaint, and the Motion to Seal be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the affidavit, the Motion to Seal and this Order and Criminal Complaint be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 16th day of August 2016.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE