IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:16-MJ-308-DCK *SEALED*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| AHMIA MONICE FEASTER, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Dismiss The Complaint" (Document No. 6) filed November 4, 2016. Leave of Court is hereby <u>granted</u> for the dismissal of the criminal complaint (as it related to [2] AHMIA MONICE FEASTER only) in the above-captioned case without prejudice.

**IT IS, THEREFORE, ORDERED** that the "Motion To Dismiss The Complaint" (Document No. 6) is **GRANTED**.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, and the United States Attorney's Office.

Signed: November 4, 2016

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.